# United States Court of Appeals
## For the First Circuit

No. 08-2393

MARILYN KUNELIUS,

Plaintiff, Appellant,

v.

TOWN OF STOW; THE TRUST FOR PUBLIC LAND;
CRAIG A. MACDONNELL, in his individual capacity,

Defendants, Appellees,

A PARTNERSHIP OF UNKNOWN NAME BETWEEN
TOWN OF STOW AND THE TRUST FOR PUBLIC LAND,

Defendant.

**ERRATA SHEET**

The opinion of this Court issued on November 9, 2009, is amended as follows:

The correct spelling of the Defendant-Appellee's last name is "MacDonnell."

The sentence at page 10, line 11 should read " . . . most of the forest acres . . . ."

At page 12, line 17, the "a" before "realized" is deleted.

At page 12, footnote 2, "2009" is replaced by "2003."

At page 41, line 23, "of" is replaced by "off."